[No. 20438-0-II.    Division Two.    August 22, 1997.]

LYDIA KELLER, ET AL., *Respondents*, v. CORINA L. THORSEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-2-00805-7, Randolph Furman, J., entered February 6, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20562-9-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ANTHONY MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04080-4, Arthur W. Verharen, J., entered April 4, 1996. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20563-7-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICK JOHN JUVONEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05366-3, Sergio Armijo, J., entered March 28, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 20574-2-II.    Division Two.    August 22, 1997.]

JACK HILLS, *Appellant*, v. PATTY SINCLAIR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-2-01037-3, Kenneth D. Williams, J., entered May 11, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.